E-FILED
Wednesday, 03 January, 2018 02:58:00 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B



2:18-cv-02004-CSB-EIL   # 1-3   Page 2 of 2



Gift Cards | Careers | Store Locator | My Account | Checkout

MY STORE  
**Choose Store**

ORDER BY PHONE:  
**1-800-561-1752**  
NOW: HEAVY CALL VOLUME

 McAfee SECURE

**WIN $500 OR A NEW GUN!**  
Sign up for the newsletter for your chance to win!

your@email.com   **GO!**

**FREE SHIPPING*** ON ORDERS $99+   **VIEW DETAILS**

Search entire store here...

**SPECIAL BUYS** | **CURRENT AD** | **HELP CENTER**

Your Cart (0)

Home / Outdoor Living / Patio / Patio Furnishings / Patio - Lawn Furniture / Round Wood Bar Table RBT



Click on image to zoom

## Round Wood Bar Table RBT

**SKU:** 14720152   | Out of stock.

☆☆☆☆☆   Write a review

**$49.98**



### OUT OF STOCK ONLINE

Sorry, this item is currently out of stock. Would you like to be notified when it is back in stock?

Email

**NOTIFY ME**