E-FILED
Wednesday, 03 January, 2018  02:58:01 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT D





# Char-Log Single Rocker ROCK1

**SKU:** 14720153 | Out of stock.

☆☆☆☆☆  Write a review

## $49.93

### OUT OF STOCK ONLINE

Sorry, this item is currently out of stock. Would you like to be notified when it is back in stock?

Email

**NOTIFY ME**

Click on image to zoom