E-FILED
Wednesday, 03 January, 2018 02:58:01 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT E





# Rural King
## America's Farm and Home Store

Gift Cards | Careers | Store Locator | My Account | Checkout

**MY STORE**
Choose Store

**ORDER BY PHONE:**
1-800-561-1752
NOW: HEAVY CALL VOLUME

McAfee SECURE

**WIN $500 OR A NEW GUN!**
Sign up for the newsletter for your chance to win!

your@email.com     GO!



FREE SHIPPING* ON ORDERS $99+     VIEW DETAILS

Search entire store here...

SPECIAL BUYS | CURRENT AD | HELP CENTER

Your Cart (0)

Home / Outdoor Living / Patio / Patio Furnishings / Patio - Lawn Furniture / Log Two-Seater w/Tray DSWT



Click on image to zoom

## Log Two-Seater w/Tray DSWT

**SKU:** 14720154    | Out of stock.

☆☆☆☆☆     Write a review

**$149.98**



### OUT OF STOCK ONLINE

Sorry, this item is currently out of stock. Would you like to be notified when it is back in stock?

Email

**NOTIFY ME**