E-FILED
Wednesday, 03 January, 2018  02:58:01 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT  F



US00D597325S

(12) **United States Design Patent**          (10) **Patent No.:**       **US D597,325 S**
Lee                                                            (45) **Date of Patent:**     ** **Aug. 4, 2009**

(54) **ROCKING CHAIR FRAME**

(76) Inventor:    **L. Kam Lee**, 9320 Harwin Dr., Houston,
                        TX (US) 77036

(**) Term:    **14 Years**

(21) Appl. No.: **29/327,666**

(22) Filed:    **Nov. 11, 2008**

(51) **LOC (9) Cl.**  ................................................. **06-01**
(52) **U.S. Cl.** ...................................................... **D6/348**
(58) **Field of Classification Search** .........  D6/334–336,
             D6/344, 347, 348, 369, 370, 374, 376, 379,
             D6/380, 381, 499, 500–502;  297/272.1,
             297/271.5, 271.6, 411.43, 440.15, 445.1,
             297/446.1, 447.4, 452.18, 452.63, 452.64;
                                                                     D21/412
          See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,873,154 | A | * | 3/1975 | Baker, Jr. ................. 297/447.4 |
| D252,238 | S | * | 7/1979 | Van Sant ..................... D6/379 |
| D319,355 | S | * | 8/1991 | Hess ......................... D6/379 |
| D333,577 | S | * | 3/1993 | Danko ........................ D6/380 |
| D349,411 | S | * | 8/1994 | Marriott et al. ............. D6/344 |
| D352,611 | S | * | 11/1994 | Deardorff ................... D6/348 |
| D426,080 | S | * | 6/2000 | Hise, Jr. ................... D6/348 |
| D459,597 | S | * | 7/2002 | Calvey ....................... D6/348 |
| D522,763 | S | * | 6/2006 | Hankins et al. .............. D6/348 |
| D566,975 | S | * | 4/2008 | Lee .......................... D6/348 |
| D578,314 | S | * | 10/2008 | Kalaouze .................... D6/348 |
| D580,197 | S | * | 11/2008 | Lee .......................... D6/500 |

D581,175  S  * 11/2008  Lee ............................. D6/347

* cited by examiner

*Primary Examiner*—Mimosa De
(74) *Attorney, Agent, or Firm*—Egbert Law Offices PLLC

(57)                **CLAIM**

The ornamental design for a rocking chair frame, as shown
and described.

**DESCRIPTION**

FIG. **1** is an upper perspective view of the rocking chair frame
showing my design.

FIG. **2** is a front view thereof;

FIG. **3** is a back view thereof;

FIG. **4** is a side view thereof;

FIG. **5** is an opposite side view thereof;

FIG. **6** is top view thereof;

FIG. **7** is a bottom view thereof;

FIG. **8** is another upper perspective view of a second embodi-
ment, the difference being a matter of length; and,

FIG. **9** is another upper perspective view thereof, showing
attachment to a seat back and seat panel in broken lines.

The rocking chair is a piece of furniture for sitting. The chair
in this design is a rocking chair. The embodiments have the
same design features, the differences between embodiments
being a matter of length. The elements shown in broken lines
are presented for illustrative purposes only and form no part
of the claimed design.

**1 Claim, 3 Drawing Sheets**





*FIG. 1*





*FIG. 2*          *FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*

**U.S. Patent**          Aug. 4, 2009          Sheet 3 of 3          US D597,325 S



*FIG. 8*



*FIG. 9*