# EXHIBIT G

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32, and 50

**United States Patent and Trademark Office**

Reg. No. 3,423,911
Registered May 6, 2008

## TRADEMARK
PRINCIPAL REGISTER

# CHAR-LOG

UNITED GENERAL SUPPLY CO., INC. (TEXAS CORPORATION)
9320 HARWIN DRIVE
HOUSTON, TX 77036

FOR: CHAIRS, ROCKING CHAIRS, BABY CHAIRS, HIGH CHAIRS, BAR STOOLS, AND LOVE SEATS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-191,054, FILED 5-25-2007.

GEORGE LORENZO, EXAMINING ATTORNEY